# Lord *v.* Folmar & Son.

*Statutory Real Action in the Nature of Ejectment.*

*Deed of land; when inoperative.*—A deed, without any subscribing witness, and without acknowledgment before a proper officer, is inoperative as a conveyance of land.

APPEAL from the Circuit Court of Pike.
Tried before the Hon. H. D. CLAYTON.

[Auerbach v. Blackman.]

This action was brought by appellees against appellant, to recover certain lands. During the trial the plaintiffs offered to introduce in evidence a sheriff's deed to plaintiffs, made under an execution and sale of property of appellant, in pursuance of a former judgment obtained by appellees. To the introduction of said deed the appellants objected on the ground that the same had never been acknowledged and recorded, and because there was no witness to the signature of the sheriff. The objection being overruled, the appellants excepted. This, with some other immaterial ruling of the court, is now assigned as error.

PARKS & HUBBARD, for appellant.

WOOD & BOWLES and GARDNER & BRO., contra.

STONE, J.—The deed offered in evidence, being without a subscribing witness, and without acknowledgment, was inoperative as a conveyance of title, and should not have been received in evidence.—Code of 1876, § 2145; *Hendon v. White*, 52 Ala. 597.

Reversed and remanded.